**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.:**

NARCISO ALVAREZ PORTALES, and all
others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

TUFF CREW LLC and LUIS R. CAMEJO,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, TUFF CREW LLC and LUIS R. CAMEJO (hereinafter "Defendants"), by and through their undersigned counsel, hereby give notice that the civil action identified as *NARCISO ALVAREZ PORTALES V. TUFF CREW LLC AND LUIS R. CAMEJO*, Case No.: 2020-000762-CC-24, currently pending in state court in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida ("Eleventh Judicial Circuit"), is removed to this Court without waiving any rights to which Defendants may be entitled, and states:

**I.   REMOVAL IS TIMELY**

1. On or about March 9, 2020, Plaintiff commenced this action against Defendants in the Eleventh Judicial Circuit.  On March 18, 2020, Defendants' respective registered agents received, through service, a copy of the initial pleading setting forth the claim for relief upon which this action is based.  *See* Returns of Service, attached hereto as Exhibit "A."

2. Pursuant to 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is timely because it is filed within thirty (30) days after Defendants received a copy of the initial pleading setting forth the claim for relief upon which the above-captioned cause is based.

**II.     REMOVAL BASED ON FEDERAL QUESTION JURISDICTION IS PROPER**

3. Pursuant to 28 U.S.C. §1331, this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged violations of federal law in his Complaint. *See* Plaintiff's Complaint and state court filings, attached hereto as Exhibit "B." Plaintiff has pled that Defendants failed to pay him overtime wages under the Fair Labor Standards Act, 29 U.S.C § 201 *et seq.* ("FLSA"). Accordingly, removal of this action is proper under 28 U.S.C. §1441 because the civil action arises under the laws of the United States.

**III.    REMOVAL TO THE SOUTHERN DISTRICT OF FLORIDA IS PROPER**

4. Pursuant to 28 U.S.C. §1446(a), the United Stated District Court for the Southern District of Florida, Miami Division ("Southern District of Florida"), is the judicial district and division embracing the Eleventh Judicial Circuit, where this case was brought and is pending, and is therefore the proper district court and division to which this case must be removed.

**IV.    ALL REQUIREMENTS NECESSARY FOR REMOVAL HAVE BEEN MET**

5. Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders that have to date been served upon Defendants are attached hereto as Exhibits "A and B."

6. There are no motions currently pending in this action in the Eleventh Judicial Circuit. Accordingly, there are no pending motions or documents being filed along with this Notice of Removal, as would otherwise be required.

7. Pursuant to 28 U.S.C. §1446(d), promptly after the filing and service of this Notice of Removal, Defendants' Notice to Plaintiff of Removal will be served upon the following counsel for Plaintiff via email: J.H. Zidell, Esq., David Nudel, Esq., J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141, zabogado@aol.com.

8. Further, pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal, along with Defendants' Notice to Plaintiff of Removal, will be filed with the Clerk of the Court for the Eleventh Judicial Circuit. *See* Notice of Removed Action, attached as Exhibit "C."

WHEREFORE, Defendants respectfully give notice of the removal of this action currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division.

Respectfully submitted this 10th of April, 2020,

**FORDHARRISON LLP**

*/s/ Fabian A. Ruiz_____*
Reynaldo Velazquez, Esq.
Florida Bar No. 69779
rvelazquez@fordharrison.com
Fabian A. Ruiz, Esq.
Florida Bar No. 117928
fruiz@fordharrison.com
One S.E. 3rd Avenue, Suite 2130
Miami, FL  33131
Telephone: (305) 808-2115
Facsimile: (305) 808-2101
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on April 10, 2020, I electronically filed the foregoing document with the Clerk for the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

J.H. Zidell, Esq.
David Nudel, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: (305) 865-6766
Facsimile:  (305) 865-7167
zabogado@aol.com
Attorney for Plaintiff

**FORDHARRISON LLP**

*/s/ Fabian A. Ruiz*
Fabian A. Ruiz

WSACTIVELLP:11421910.1

4