# EXHIBIT A

## VERIFIED RETURN OF SERVICE, SUMMONS

**NARCISO ALVAREZ PORTALES**

VS.

CASE NO: 2020-000762-CC-24
TYPE OF WRIT: 20 DAY SUMMONS

**TUFF CREW LLC & LUIS R. CAMEJO**

Pursuant to the request of JAMIE H. ZIDELL, ESQ., whose office is located at 300 71ST STE. 605, MIAMI BEACH, FL. 33141, and pursuant to the Chief Judge's Administrative Order No. 94-12, dated Aug. 15, 1994, I, FRANK AYLLON, # 747, received this document on 3/13/20 at 9:00 AM, and served the same LUIS R. CAMEJO on 3/18/20 at 12:40 PM at 6187 N.W. 167 ST. H32, MIAMI, FL..

[X]   **INDIVIDUAL**: By serving the within named person a copy of the writ, a copy of the complaint, petition or initial pleading.
[ ]   **SUBSTITUTE**: By serving a copy of this writ, and a copy of the complaint, petition or initial pleading at the defendants usual place of abode on a person permanently residing therein, to wit,
, who is 15 years or older, and informing the person of the contents.
[ ]   **CORPORATE/GOVERNMENTAL**: By serving
as, , pursuant to Florida Statutes SS48.091.
[ ]   **POSTED RESIDENTUAL/COMMERCIAL**:   By making two unsuccessful attempts to serve this defendant, six hours apart to wit:
(1) , (2)
on both attempts, no one was at the address contained therein.
[ ]   **PARTNERSHIP SERVICE**: By serving , who is one of the partners.
[ ]   **OTHER**

[ ]   **NO SERVICE**: For the reason that diligent search and inquiry failed to find said defendant, ,

I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

FRANK AYLLON, # 747
Court Certified Process Server

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| ☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | COPY |

| DIVISION | CIVIL ACTION SUMMONS (b) | CASE NUMBER |
|---|---|---|
| ☒ CIVIL | Form for Personal Service on a Natural Person | 2020-000762-CC-24 |
| ☐ DISTRICTS | | |
| ☐ OTHER | | |

| PLAINTIFF(S) | VS. DEFENDANT(S) | SERVED CLOCK IN |
|---|---|---|
| NARCISO ALVAREZ PORTALES and all others similarly situated under 29 U.S.C § 216(b) | TUFF CREW LLC. and LUIS R CAMEJO | DATE 3/18/20<br>TIME 12:40 PM<br>BY _____ CER# 24 |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>LUIS R CAMEJO | Address: 8362 PINES BOULEVARD, # 325 Miami<br>PEMBROKE PINES, FL 33024 F/G |
|---|---|

**IMPORTANT**    6187 UW 167 ST PH 32

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

**MIAMI-DADE COUNTY COURT LOCATIONS**

| ☒ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Joseph Caleb Center Court (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ Hialeah District Court (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICE |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| CLERK OF COURTS<br>HARVEY RUVIN | DEPUTY CLERK | DATE ON:<br>3/16/2020 |

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

CLK/CT. 070 Rev. 03/19    Clerk's web address: www.miami-dadeclerk.com

| | | | |
|---|---|---|---|
| ☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.<br>☑ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA. | | | |
| **DIVISION**<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | **EMPLAZAMIENTO DE ACCION CIVIL**<br>**(b) NOTIFICACION PERSONAL A PERSONA NATURAL** | | **NUMERO DE CASO**<br>2020-000762-CC-24 |
| **DEMANDANTE(S)**<br>NARCISO ALVAREZ PORTALES and all others similarly situated under 29 U.S.C § 216(b) | VS.  **DEMANDADO(S)**<br>TUFF CREW LLC. and<br>LUIS R CAMEJO | | **HORA** |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br>LUIS R CAMEJO | A Demandado(s): 8362 PINES BOULEVARD, # 325<br>PEMBROKE PINES, FL 33024 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

**LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE**

| | | | | |
|---|---|---|---|---|
| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 | |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICIO** | |
| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121<br><br>**HARVEY RUVIN**<br>**Secretario del Tribunal del Condado** | Dirección: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | | | |
| | COMO SECRETTARIO ADJUNTO | | **FECHA** | |

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."

| ☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE. |||
|---|---|---|
| ☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE. |||
| **DIVIZYON**<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | **CONVOCARION D' ACTION CIVILE**<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | **NUMERO DE CASO**<br>2020-000762-CC-24 |
| **PLAINTE (S)**<br>NARCISO ALVAREZ PORTALES and all others similarly situated under 29 U.S.C § 216(b) | VS. **CONTRE ACCUSE(S)**<br>TUFF CREW LLC. and<br>LUIS R CAMEJO | **HEURE IN** |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br>LUIS R CAMEJO | A (AUX) ACCUSE(S):<br>8362 PINES BOULEVARD, # 325<br>PEMBROKE PINES, FL 33024 |
|---|---|

### IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq. | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141 ||
|---|---|---|
| Numero de barreau de la Floride:<br>0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | | DATE: |
| | COMME GREFFIER ADJOINT ||

### ACT DE 1990 POUR AMERICAINS HANDICAPES
### AVIS DE l' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

| ☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA |||
|---|---|---|
| ☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA |||
| **DIVIZYON**<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | **NIMEWO KA**<br>2020-000762-CC-24 |
| **PLENTIF(S)**<br>NARCISO ALVAREZ PORTALES and all others similarly situated under 29 U.S.C. § 216(b) | VS.   **KONT AKIZE(S)**<br>TUFF CREW LLC. and<br>LUIS R CAMEJO | LE |

ETA FLORIDA: Pou/Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:<br>LUIS R CAMEJO | ADRES::  8362 PINES BOULEVARD, # 325<br>PEMBROKE PINES, FL 33024 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride:<br>0010121<br>HARVEY RUVIN<br>Sekrete Jeneral Tribinal La | Nimewo manm avoka a.<br>Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141<br>SEKRETE | DATE: |
|---|---|---|

**LWA 1990 POU AMERIKEN KI ENFIM**
**ANONS POU AMERIKEN KI ENFIM**

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

## VERIFIED RETURN OF SERVICE, SUMMONS

**NARCISO ALVAREZ PORTALES**

VS.

CASE NO: 2020-000762-CC-24
TYPE OF WRIT: 20 DAY SUNNONS

**TUFF CREW LLC & LUIS R. CAMEJO**

Pursuant to the request of J.H. ZIDELL, P.., whose office is located at 300 71st ST. STE. 605, MIAMI BEACH, FL. 33141, and pursuant to the Chief Judge's Administrative Order No. 94-12, dated Aug. 15, 1994, I, FRANK AYLLON, # 747, received this document on 3/13/20 at 9:00 AM, and served the same TUFF CREW LLC. on 3/18/20 at 12:40 PM at 6187 N.W. 167 ST. H32, MIAMI, FL..

[] **INDIVIDUAL**: By serving the within named person a copy of the writ, a copy of the complaint, petition or initial pleading.

[] **SUBSTITUTE**: By serving a copy of this writ, and a copy of the complaint, petition or initial pleading at the defendants usual place of abode on a person permanently residing therein, to wit, , who is 15 years or older, and informing the person of the contents.

[X] **CORPORATE/GOVERNMENTAL**: By serving LUIS R. CAMEJO as, REG. AGENT, pursuant to Florida Statutes SS48.091.

[] **POSTED RESIDENTUAL/COMMERCIAL**: By making two unsuccessful attempts to serve this defendant, six hours apart to wit: (1) , (2) on both attempts, no one was at the address contained therein.

[ ] **PARTNERSHIP SERVICE**: By serving , who is one of the partners.

[] **OTHER**

[] **NO SERVICE**: For the reason that diligent search and inquiry failed to find said defendant, ,

I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

FRANK AYLLON, # 747
Court Certified Process Server

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
|---|---|---|
| ☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
| **DIVISION** <br> ☒ CIVIL <br> ☐ DISTRICTS <br> ☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE** <br> (a) GENERAL FORMS | **CASE NUMBER** <br> 2020-000762-CC-24 |
| **PLAINTIFF(S)** <br> NARCISO ALVAREZ PORTALES and all others similarly situated under 29 U.S.C § 216(b) | VS. **DEFENDANT(S)** <br> TUFF CREW LLC. and LUIS R CAMEJO | **SERVICE** <br> 3/18/2020 <br> 12:40P |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

6187 NW 167 ST H32 Miami Fl

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on defendant(s): TUFF CREW LLC.
Registered Agent: LUIS R CAMEJO
8362 PINES BOULEVARD, # 325
PEMBROKE PINES, FL 33024

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: J.H. ZIDELL, P.A.

whose address is: 300 71st Street, Suite 605 Miami Beach FL 33141

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN** <br> **CLERK of COURTS** | DEPUTY CLERK 56360 | **DATE** <br> 3/16/2020 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 09/19

Clerk's web address: www.miami-dadeclerk.com